THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES and THE STATE OF WASHINGTON *ex rel.* TRGP, LLP,<br><br>        Plaintiffs,<br><br>   v.<br><br>HEALTH INTEGRATED, INC.; CAREOREGON, INC.; COMMUNITY HEATLH PLAN OF WASHINGTON; SAMARITAN HEALTH SERVICES, INC.,<br><br>        Defendants. | 17 Civ. 4539 (KPF)<br><br>**UNDER SEAL**<br><br>**ORDER** |

**ORDER**

The United States of America and the State of Washington having now declined to intervene pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B) and analogous state False Claims Act, with respect to the claims raised in the complaint filed by the relator;

IT IS ORDERED THAT,

1.    The complaint shall be unsealed thirty days after entry of this Order and, in the event that the relator has not moved to dismiss the action, service upon the defendants by the relator is authorized as of that date. If the relator voluntarily dismisses the complaint pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure within this thirty-day period, the relator may seek to modify this Order with the consent of the United States and the State of Washington or by motion on notice to the United States and the State of Washington.

2.    All documents filed in this action prior to the entry of this Order shall remain under seal and not be made public, except for, thirty days after entry of this Order, the relator's complaint, this Order, and the Government's and the State's Notices of Decision to Decline Intervention (the "Notices of Decision"). The relator will serve upon the defendants this Order and the Notices of Decision only after service of the complaint.

3. Upon the unsealing of the complaint, the seal shall be lifted as to all other matters occurring in this action after the date of this Order.

4. The parties shall serve all pleadings, motions, and notices of appeal filed in this matter, including supporting memoranda, upon the United States and the State of Washington. The United States and the State of Washington may order any transcripts of depositions. The United States and the State of Washington may seek to intervene with respect to the allegations in the relator's complaint, for good cause, at any time, or seek dismissal of this action.

5. All orders of this Court in this matter shall be sent to the United States and the State of Washington by the relator.

6. Should the relator or any defendant propose that the complaint or any of its allegations be dismissed, settled, or otherwise discontinued, the party or parties proposing such relief must solicit the written consent of the United States and the State of Washington before applying for Court approval.

Dated: New York, New York
       November 15, 2021

SO ORDERED:

HON. KATHERINE POLK FAILLA
*United States District Judge*